■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER LEWIS, Appellant. [24 NYS3d 504]—

Judgments, Supreme Court, New York County (Lawrence K. Marks, J., at hearing; Bonnie G. Wittner, J., at plea and

sentencing), rendered February 28, 2012, convicting defendant, upon his pleas of guilty, of two counts of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to concurrent terms of two to four years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). Defendant argues that police testimony that defendant lingered near the crime scene, thereby foolishly allowing himself to be arrested, was implausible. However, as the Court of Appeals observed long ago, "the propensity of criminals to blunder has long been recognized as a characteristic of great value in the detection of crime," and persons convicted of crimes are known to make errors that "would have seemed almost impossible in the case of a person of ordinary common sense" (*People v Becker*, 215 NY 126, 136 [1915]). Concur—Mazzarelli, J.P., Moskowitz, Richter and Gische, JJ.